STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Robert Lewis Bussey
Bussey & Lauve
P. O. Box 307
Alexandria LA 71309-0307

Mary Lauve Doggett
Attorney at Law
P. O. Box 307
Alexandria LA 71309

Hon. James David Caldwell
Attorney General
P. O. Box 94005
Baton Rouge LA 70804-9005

Lewis Olivier Lauve  Jr.
Special Asst. Atty. General
P. O. Box 307
Alexandria LA 71309-0307

REHEARING ACTION: April 15, 2009

Docket Number: 07   00225-CW

MAY YEN, ET AL
VERSUS
AVOYELLES PARISH POLICE JURY,
ET AL

Writ Application from Avoyelles Parish Case No. 2002-4312

BEFORE JUDGES:

Hon. Michael G. Sullivan
Hon. James T. Genovese
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, through the LSU Medical Health Care**

**Services Division d/b/a Huey P. Long Medical Center – Pineville** has this day been

DENIED.

cc: John Albert Ellis, Counsel for  the Respondent
    Richard Joseph Guidry, Counsel for  the Respondent
    Jeffrey Allen Mitchell, Counsel for  the Respondent